| | | |
|---|---|---|
| BRADLEY J. WALLER | The Honorable: | BRUCE W. BLACK |
| KLEIN, STODDARD, BUCK, WALLER | Chapter   7 | |
| | Location: | Will County Court Annex, 57 N Ottawa, Joliet, IL |
| 2045 ABERDEEN COURT | Hearing Date: | 11/13/2009 |
| SYCAMORE, IL  60178 | Hearing Time: | 09:15am |
| (815) 748-0380 | Response Date: | / / |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: HOLMAN, LONNIE T, SR.                    Case No. 08-05577
                                                Chapter   7
                                              ,
                Debtor

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER            , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee.  If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 11/13/2009 in Courtroom 201, United States Courthouse, Will County Court Annex Building
57 North Ottawa Street
Joliet, IL  60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (9/1/2009)**

Date Mailed: 09/29/2009        By:  /s/BRADLEY J. WALLER
                                                 Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178

**UST Form 101-7-NFR (9/1/2009)**

BRADLEY J. WALLER  
KLEIN, STODDARD, BUCK, WALLER

2045 ABERDEEN COURT  
SYCAMORE, IL 60178  
(815) 748-0380

The Honorable: BRUCE W. BLACK  
Chapter  7  
Location:    Will County Court Annex, 57 N Ottawa, Joliet, IL  
Hearing Date:    11/13/2009  
Hearing Time:    09:15am  
Response Date:    / /

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: HOLMAN, LONNIE T, SR.

Debtor

Case No. 08-05577  
Chapter  7

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*        $   26,007.29

*and approved disbursements of*             $    3,250.00

*leaving a balance on hand of* [1]          $   22,757.29

Claims of secured creditors will be paid as follows:

*Claimant*                                  *Proposed Payment*

N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | BRADLEY J. WALLER | $ 3,025.68 | $ 127.25 |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Attorney for debtor | $ | $ |
| Attorney for | $ | $ |
| Accountant for | $ | $ |
| Appraiser for | $ | $ |
| Other | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 28,688.32 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 68.3 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Economy Interiors | $ 298.21 | $ 203.78 |
| 2 | LVNV Funding LLC | $ 524.32 | $ 358.29 |
| 3 | eCAST Settlement Corporation assignee of HSBC | $ 293.06 | $ 200.26 |
| 4 | eCAST Settlement Corporation assignee of HSBC | $ 279.00 | $ 190.65 |
| 5 | JG Wentworth SSC Limited Partnership | $ 26,315.07 | $ 17,982.16 |
| 6 | eCAST Settlement Corporation assignee of HSBC | $ 293.66 | $ 200.67 |
| | Worldwide Asset Purchasing, | | |

**UST Form 101-7-NFR (9/1/2009)**

|   7    LLC | $   685.00 | $   468.09 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                            Allowed Amt. of Claim    Proposed Payment*
N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                            Allowed Amt. of Claim    Proposed Payment*
N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/BRADLEY J. WALLER
Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL  60178

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

**BAE SYSTEMS**
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: dross              Page 1 of 1           Date Rcvd: May 01, 2008
Case: 08-05577                Form ID: ntcftfc7        Total Served: 24

The following entities were served by first class mail on May 03, 2008.
db           +Lonnie T Holman, Sr.,    213 Iowa Ave.,    Joliet, IL 60433-1926
aty          +Stephen J West,    Law Offices Of Stephen J West,    628 Columbus Dr Rm 102,
               Ottawa, IL 61350-2933
tr           +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
               Sycamore, IL 60178-3140
12032990     +AT&T,    PO Box 27820,    Kansas City, MO 64180-0001
12032992     +Cash Store,    1701 N. Larkin Ave.,    Crest Hill, IL 60403-1970
12032993      Centurian Cap Corp,    % JTL, Inc. dba Graham &,    4108 Park Rd.; Suite 409,
               Charlotte, NC 28209-2262
12032994     +DaimlerChrysler Financial Services Americas,L.L.C.,    c/o Kathryn A. Klein,
               Riezman Berger, P.C.,    7700 Bonhomme, 7th Floor,    St. Louis, Missouri 63105-1960
12032996      Economy Interiors,    % CB USA Inc.,    55252 Hohman Ave.,    Hammond, IN 46320
12032997     +First National Bank,    % Midland Credit Mgmt Inc.,    8875 Aero Dr.; Suite 2,
               San Diego, CA 92123-2251
12032998     +First National Credit Card,    500 E. 60th St. N.,    Sioux Falls, SD 57104-0478
12032999      Fischer Mangold,    % MEDLRD Inc.,    507 Prudential Rd.,    Horsham, PA 19044-2308
12033000     +Heritage Corridor Credit Union,    1910 Ferro Dr.,    New Lenox, IL 60451-3506
12033005     +J.B. Robinson Jewelers,    PO Box 1799,    Akron, OH 44309-1799
12033007     +J.G. Wentworth,    % William Skyrom,    1629 Locust St.,    Philadelphia, PA 19103-6341
12033006     +J.G. Wentworth,    % Richard M. Connelly,    1629 Locust St.,    Philadelphia, PA 19103-6341
12033008     +Joliet Junior College,    1215 Houbolt Rd.,    Joliet, IL 60431-8800
12033009     +Pro Town Properties,    220 N. Broadway,    Joliet, IL 60435-7167
12033010      Provena St. Joseph Med Ctr SP,    % KCA Financial Service,    PO Box 53,    Geneva, IL 60134-0053
12033011      Providian Financial Corp,    % Palisades Collection LLC,    210 Sylvan Ave.,
               Englewood Cliffs, NJ 07632-2524
12033012     +Silver Cross Hospital,    % OSI Collection Svcs,    1375 E. Woodfield Rd. #110,
               Schaumburg, IL 60173-5423
12033013     +Terrone Motors,    1801 S. State St.,    Lockport, IL 60441-4331

The following entities were served by electronic transmission on May 02, 2008.
12032991      EDI: CAPITALONE.COM May 02 2008 01:47:00     Capital One Services,    PO Box 30281,
               Salt Lake City, UT 84130-0281
12032995      E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                         ComEd,
               Bill Payment Center,    Chicago, IL 60668-0001
12033001     +EDI: HFC.COM May 02 2008 01:47:00     HSBC Bank,    PO Box 5253,    Carol Stream, IL 60197-5253
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12033002*    +HSBC Bank,    PO Box 5253,    Carol Stream, IL 60197-5253
12033003*    +HSBC Bank,    PO Box 5253,    Carol Stream, IL 60197-5253
12033004*    +HSBC Bank,    PO Box 5253,    Carol Stream, IL 60197-5253
                                                                                            TOTALS: 0, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 03, 2008              Signature:    *[signature: Joseph Speetjens]*

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: wepps                  Page 1 of 1                   Date Rcvd: Sep 29, 2009
Case: 08-05577                Form ID: pdf006              Total Noticed: 29

The following entities were noticed by first class mail on Oct 01, 2009.
db           +Lonnie T Holman, Sr.,    213 Iowa Ave.,    Joliet, IL 60433-1926
aty          +Stephen J West,    Law Offices Of Stephen J West,     628 Columbus Dr Rm 102,
               Ottawa, IL 61350-2933
tr           +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,     2045 Aberdeen Court,
               Sycamore, IL 60178-3140
12032990     +AT&T,    PO Box 27820,    Kansas City, MO 64184-0001
12032991      Capital One Services,    PO Box 30281,     Salt Lake City, UT 84130-0281
12032992     +Cash Store,    1701 N. Larkin Ave.,    Crest Hill, IL 60403-1970
12032993      Centurian Cap Corp,    % JTL, Inc. dba Graham &,     4108 Park Rd.; Suite 409,
               Charlotte, NC 28209-2262
12032994     +DaimlerChrysler Financial Services Americas,L.L.C.,     c/o Kathryn A. Klein,
               Riezman Berger, P.C.,    7700 Bonhomme, 7th Floor,     St. Louis, Missouri 63105-1960
12032996      Economy Interiors,    % CB USA Inc.,    55252 Hohman Ave.,    Hammond, IN 46320
12032997     +First National Bank,    % Midland Credit Mgmt Inc.,     8875 Aero Dr.; Suite 2,
               San Diego, CA 92123-2251
12032998     +First National Credit Card,    500 E. 60th St. N.,     Sioux Falls, SD 57104-0478
12032999      Fischer Mangold,    % MEDLRD Inc.,    507 Prudential Rd.,    Horsham, PA 19044-2308
12033001     +HSBC Bank,    PO Box 5253,    Carol Stream, IL 60197-5253
12033000     +Heritage Corridor Credit Union,     1910 Ferro Dr.,    New Lenox, IL 60451-3506
12033005     +J.B. Robinson Jewelers,    PO Box 1799,    Akron, OH 44309-1799
12033007     +J.G. Wentworth,    % William Skyrom,    1629 Locust St.,    Philadelphia, PA 19103-6341
12033006     +J.G. Wentworth,    % Richard M. Connelly,    1629 Locust St.,    Philadelphia, PA 19103-6341
12415401     +JG Wentworth SSC Limited Partnership,     Attn: William J Skyrm Jr Esq,    40 Morris Avenue,
               Bryn Mawr PA 19010-3300
12033008     +Joliet Junior College,    1215 Houbolt Rd.,    Joliet, IL 60431-8800
12033009     +Pro Town Properties,    220 N. Broadway,    Joliet, IL 60435-7167
12033010      Provena St. Joseph Med Ctr SP,    % KCA Financial Service,     PO Box 53,    Geneva, IL 60134-0053
12033011      Providian Financial Corp,    % Palisades Collection LLC,     210 Sylvan Ave.,
               Englewood Cliffs, NJ 07632-2524
12033012     +Silver Cross Hospital,    % OSI Collection Svcs,    1375 E. Woodfield Rd. #110,
               Schaumburg, IL 60173-5423
12033013     +Terrone Motors,    1801 S. State St.,    Lockport, IL 60441-4331
12450866     +Worldwide Asset Purchasing, LLC,    c/o West Asset Management, Inc,     P. O. Box 105698,
               Atlanta, GA 30348-5698
12445239      eCAST Settlement Corporation assignee of,     HSBC Bank NA Direct Merchants,    Credit Card Bank NA,
               POB 35480,    Newark NJ 07193-5480
12411415      eCAST Settlement Corporation assignee of,     HSBC Bank Nevada and its Assigns,    POB 35480,
               Newark NJ 07193-5480
The following entities were noticed by electronic transmission on Sep 29, 2009.
12032995      E-mail/Text: legalasstfoundationrqsts@exeloncorp.com                            ComEd,
               Bill Payment Center,    Chicago, IL 60668-0001
12373831      E-mail/Text: resurgentbknotifications@resurgent.com                             LVNV Funding LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12033002*    +HSBC Bank,    PO Box 5253,    Carol Stream, IL 60197-5253
12033003*    +HSBC Bank,    PO Box 5253,    Carol Stream, IL 60197-5253
12033004*    +HSBC Bank,    PO Box 5253,    Carol Stream, IL 60197-5253
12411416*     eCAST Settlement Corporation assignee of,     HSBC Bank Nevada and its Assigns,    POB 35480,
               Newark NJ 07193-5480
                                                                                               TOTALS: 0, * 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 01, 2009**                    **Signature:** _Joseph Speetjens_