## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: HOLMAN, LONNIE T, SR.                                    Case No. 08-05577
_____,              Chapter   7
                        Debtor

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $16,800.00                    Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $19,604.31     Claims Discharged
                                                Without Payment: $9,084.01

Total Expenses of Administration: $3,152.98

---

   3) Total gross receipts of $ 26,007.29 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 3,250.00 (see **Exhibit 2**), yielded net receipts of $22,757.29 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,152.98 | 3,152.98 | 3,152.98 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 28,688.32 | 28,688.32 | 19,604.31 |
| **TOTAL DISBURSEMENTS** | $0.00 | $31,841.30 | $31,841.30 | $22,757.29 |

    4) This case was originally filed under Chapter 7 on March 10, 2008. The case was pending for 37 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/05/2011          By: /s/BRADLEY J. WALLER
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| ANNUITY THROUGH AURORA NATIONAL | 1129-000 | 26,000.00 |
| Interest Income | 1270-000 | 7.29 |
| **TOTAL GROSS RECEIPTS** | | **$26,007.29** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Lonnie T. Holman, Sr. | Annuity Exemption | 8100-002 | 3,250.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$3,250.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | 2100-000 | N/A | 3,025.73 | 3,025.73 | 3,025.73 |
| BRADLEY J. WALLER | 2200-000 | N/A | 127.25 | 127.25 | 127.25 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 3,152.98 | 3,152.98 | 3,152.98 |

**UST Form 101-7-TDR (10/1/2010)**

Case 08-05577   Doc 38   Filed 04/05/11   Entered 04/05/11 10:54:12   Desc Main
                         Document      Page 4 of 8

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Economy Interiors | 7100-000 | N/A | 298.21 | 298.21 | 203.78 |
| 2 | LVNV Funding LLC | 7100-000 | N/A | 524.32 | 524.32 | 358.30 |
| 3 | eCAST Settlement Corporation assignee of HSBC | 7100-000 | N/A | 293.06 | 293.06 | 200.26 |
| 4 | eCAST Settlement Corporation assignee of HSBC | 7100-000 | N/A | 279.00 | 279.00 | 190.66 |
| 5 | JG Wentworth SSC Limited Partnership | 7100-000 | N/A | 26,315.07 | 26,315.07 | 17,982.54 |
| 6 | eCAST Settlement Corporation assignee of HSBC | 7100-000 | N/A | 293.66 | 293.66 | 200.67 |
| 7 | Worldwide Asset Purchasing, LLC | 7100-000 | N/A | 685.00 | 685.00 | 468.10 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 28,688.32 | 28,688.32 | 19,604.31 |

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-05577  
**Case Name:** HOLMAN, LONNIE T, SR.  

**Trustee:** (330500) BRADLEY J. WALLER  
**Filed (f) or Converted (c):** 03/10/08 (f)  
**§341(a) Meeting Date:** 04/24/08  

**Period Ending:** 04/05/11  
**Claims Bar Date:** 08/01/08

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | CASH ON HAND | 10.00 | 0.00 | DA | 0.00 | FA |
| 2 | CHECKING ACCOUNT - TCF BANK | 100.00 | 0.00 | DA | 0.00 | FA |
| 3 | SAVINGS ACCOUNT - NEW CENTURY CREDIT UNION | 50.00 | 0.00 | DA | 0.00 | FA |
| 4 | HOUSEHOLD GOODS | 600.00 | 0.00 | DA | 0.00 | FA |
| 5 | WEARING APPAREL | 40.00 | 0.00 | DA | 0.00 | FA |
| 6 | ANNUITY THROUGH AURORA NATIONAL | Unknown | Unknown | | 26,000.00 | Unknown |
| 7 | 2007 DODGE | 16,000.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 7.29 | FA |
| 8 | Assets Totals (Excluding unknown values) | **$16,800.00** | **$0.00** | | **$26,007.29** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2009    **Current Projected Date Of Final Report (TFR):**   September 29, 2009  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 08-05577  
**Case Name:** HOLMAN, LONNIE T, SR.  
**Trustee:** BRADLEY J. WALLER (330500)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****72-65 - Money Market Account  

**Taxpayer ID #:** **-***4337  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Period Ending:** 04/05/11  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/23/09 | {6} | Stratcap Investments, Inc. | Single Premium Annuity | 1129-000 | 26,000.00 | | 26,000.00 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.14 | | 26,000.14 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.99 | | 26,001.13 |
| 03/02/09 | | To Account #********7266 | Annuity Exemption | 9999-000 | | 3,250.00 | 22,751.13 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.00 | | 22,752.13 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.92 | | 22,753.05 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.89 | | 22,753.94 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.99 | | 22,754.93 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.95 | | 22,755.88 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.95 | | 22,756.83 |
| 09/16/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.46 | | 22,757.29 |
| 09/16/09 | | To Account #********7266 | | 9999-000 | | 22,757.29 | 0.00 |
| | | **ACCOUNT TOTALS** | | | 26,007.29 | 26,007.29 | $0.00 |
| | | Less: Bank Transfers | | | 0.00 | 26,007.29 | |
| | | **Subtotal** | | | 26,007.29 | 0.00 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$26,007.29** | **$0.00** | |

{} Asset reference(s)

Printed: 04/05/2011 10:29 AM    V.12.56

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 08-05577 | | Trustee: | BRADLEY J. WALLER (330500) |
| Case Name: | HOLMAN, LONNIE T, SR. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****72-66 - Checking Account |
| Taxpayer ID #: | **-***4337 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 04/05/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/02/09 | | From Account #********7265 | Annuity Exemption | 9999-000 | 3,250.00 | | 3,250.00 |
| 03/02/09 | 101 | Lonnie T. Holman, Sr. | Annuity Exemption | 8100-002 | | 3,250.00 | 0.00 |
| 09/16/09 | | From Account #********7265 | | 9999-000 | 22,757.29 | | 22,757.29 |
| 11/13/09 | 102 | BRADLEY J. WALLER | Dividend paid 100.00% on $127.25, Trustee Expenses;  Reference: | 2200-000 | | 127.25 | 22,630.04 |
| 11/13/09 | 103 | BRADLEY J. WALLER | Dividend paid 100.00% on $3,025.73, Trustee Compensation;  Reference: | 2100-000 | | 3,025.73 | 19,604.31 |
| 11/13/09 | 104 | Economy Interiors | Dividend paid  68.33% on $298.21; Claim# 1; Filed: $298.21; Reference: | 7100-000 | | 203.78 | 19,400.53 |
| 11/13/09 | 105 | LVNV Funding LLC | Dividend paid  68.33% on $524.32; Claim# 2; Filed: $524.32; Reference: | 7100-000 | | 358.30 | 19,042.23 |
| 11/13/09 | 106 | eCAST Settlement Corporation assignee of  HSBC | Dividend paid  68.33% on $293.06; Claim# 3; Filed: $293.06; Reference: | 7100-000 | | 200.26 | 18,841.97 |
| 11/13/09 | 107 | eCAST Settlement Corporation assignee of HSBC | Dividend paid  68.33% on $279.00; Claim# 4; Filed: $279.00; Reference: | 7100-000 | | 190.66 | 18,651.31 |
| 11/13/09 | 108 | JG Wentworth SSC Limited Partnership | Dividend paid  68.33% on $26,315.07; Claim# 5; Filed: $26,315.07; Reference: | 7100-000 | | 17,982.54 | 668.77 |
| 11/13/09 | 109 | eCAST Settlement Corporation assignee of HSBC | Dividend paid  68.33% on $293.66; Claim# 6; Filed: $293.66; Reference: | 7100-000 | | 200.67 | 468.10 |
| 11/13/09 | 110 | Worldwide Asset Purchasing, LLC | Dividend paid  68.33% on $685.00; Claim# 7; Filed: $685.00; Reference: | 7100-000 | | 468.10 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 26,007.29 | 26,007.29 | $0.00 |
| | | | Less: Bank Transfers | | 26,007.29 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 26,007.29 | |
| | | | Less: Payments to Debtors | | | 3,250.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$22,757.29** | |

{} Asset reference(s)

Printed: 04/05/2011 10:29 AM    V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 08-05577
**Case Name:** HOLMAN, LONNIE T, SR.
**Taxpayer ID #:** **-***4337
**Period Ending:** 04/05/11

**Trustee:** BRADLEY J. WALLER (330500)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******72-66 - Checking Account
**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

|  | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **MMA # ***-*****72-65** | 26,007.29 | 0.00 | 0.00 |
| **Checking # ***-*****72-66** | 0.00 | 22,757.29 | 0.00 |
| **Checking # 9200-******72-66** | 0.00 | 0.00 | 0.00 |
| | **$26,007.29** | **$22,757.29** | **$0.00** |

{} Asset reference(s)

Printed: 04/05/2011 10:29 AM    V.12.56